## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 2:23-bk-20983 |
|    Benjamin Allen Neuschwander | : | |
| | : | Chapter 7 |
| | : | |
|      Debtor | : | |
| | : | |
|    Benjamin Allen Neuschwander | : | |
| Movant | : | Related to Document No. 1 |
| | : | |
| | : | |
| | : | |
|       v. | : | |
| | : | |
| No Respondent | : | |

### NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I,   Salene Kraemer   , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: /s/ Salene Kraemer
_____

  Signature
Salene Kraemer
_____

Typed Name
314 Old Farm Rd
Pittsburgh, PA 15228
_____

Address
(412) 427-7075    Fax:
_____

Phone No.
 PA
_____

List Bar I.D. and State of Admission