**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Benjamin Allen Neuschwander<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–6687<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter: 7   5/5/23 |
| Case number: | 23–20983–CMB | |

Official Form 309A (For Individuals or Joint Debtors)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Benjamin Allen Neuschwander | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 538 Jackson Blvd<br>Freedom, PA 15042 | |
| 4. | **Debtor's attorney**<br>Name and address | Salene Mazur Kraemer<br>MAZURKRAEMER Business Law<br>314 Old Farm Rd<br>Pittsburgh, PA 15228 | Contact phone 206–206–3843<br>Email: salene@mazurkraemer.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Eric E. Bononi<br>20 North Pennsylvania Avenue<br>Greensburg, PA 15601 | Contact phone 724–832–2499<br>Email: bankruptcy@bononilaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: <br> 9:00a.m. – 4:30p.m. Erie Office: <br> 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 5/26/23 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 7, 2023 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). <br><br> **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline: 9/5/23** <br><br><br><br><br><br><br><br><br><br><br><br><br><br> **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Benjamin Allen Neuschwander  
    Debtor

Case No. 23-20983-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4  
Date Rcvd: May 26, 2023     Form ID: 309A     Total Noticed: 58

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin Allen Neuschwander, 538 Jackson Blvd, Freedom, PA 15042-2873 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15602426 | + | Brian Nicholas, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15598012 | + | Buckle Glass Mountain Capital, 1375 E Woodfield Rd Suite 400, Schaumburg, IL 60173-5426 |
| 15598014 | + | Chester Co. Hospital (B&B Coll), 701 E Marshall St, West Chester, PA 19380-4412 |
| 15598015 | + | Chrysler Capital, 1601 Elm St #800, Dallas, TX 75201-7260 |
| 15598017 | + | Citibank Account, PO Box 78019, Phoenix, AZ 85062-8019 |
| 15598018 | + | City of Pitts - Collection Service Cente, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15598019 | + | Coll Svc Center, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602438 | + | Cynthia Neuschwander, 538 Jackson Blvd, Freedom, PA 15042-2873 |
| 15602439 | + | Dan Santucci, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |
| 15598022 | + | Dicks Port Recovery, P.O. Box 669808, Dallas, TX 75266-0752 |
| 15598026 | + | GP Ortho, 750 Washington Rd STE 1, Pittsburgh, PA 15228-2052 |
| 15598024 | + | Genesis Laboratory Management, LLC, 1912 Rt. 35 South, Suite 203, Oakhurst, NJ 07755-2768 |
| 15598025 | + | Giant Eagle, 101 Kappa Dr, Pittsburgh, PA 15238-2833 |
| 15598028 | + | Heritage Valley Health Systems, 420 Rouser Road Suite 102, Coraopolis, PA 15108-3090 |
| 15598029 | | Home Depot, P.O. Box 6405, Dallas, TX 75265 |
| 15598030 | + | Huntington Bank (Sunrise Credit Service), Attn: EA1W18, P.O. Box 182387, Columbus, OH 43218-2387 |
| 15598032 | + | JC Penny (Midland Credit), P.O. Box 939069, San Diego, CA 92193-9069 |
| 15598031 | + | Janine Neuschwander, ex wife, 14 Bellview Dr., Mc Kees Rocks, PA 15136-1108 |
| 15602452 | + | Jeannine Neuschwander Baurle, 14 Bellview Drive, Mc Kees Rocks, PA 15136-1108 |
| 15602453 | + | Jeannine Neuschwander Baurle, ex wife, 14 Bellview Dr., Mc Kees Rocks, PA 15136-1108 |
| 15598034 | + | Kohls Qualia Collection Services, 1444 North McDowell Blvd 94954-6515 |
| 15598035 | + | Labcorp, 531 South Spring Street, Burlington, NC 27215-5866 |
| 15598036 | + | Lowe's Synchrony Bank Account, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 15598037 | + | Macy's Dep. Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104-0432 |
| 15602462 | + | Montour School District, c/o Laura McCurdy, 445 Fort Pitt Blvd, Suite 503, Pittsburgh, PA 15219-1308 |
| 15598040 | | Nordstrom RGS Financial, Nordstrom RGS Financial, Richardson, TX 75085 |
| 15598043 | + | PINK - Victoria Secret, Comenity Bank PO Box 650972, Dallas, TX 75265-0972 |
| 15598045 | | PNC Credit Collection Service, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 15598041 | + | Pay Pal Credit Syn Bank, 170 Election Road, Suite 125,, Draper, UT 84020-6425 |
| 15598042 | + | Pharmerica, 491 Blue Eagle Ave,, Harrisburg, PA 17112-2314 |
| 15598047 | + | QAR Asset Recovery, 7 Foster Ave # 101, Gibbsboro, NJ 08026-1191 |
| 15598048 | + | REVCO, 5807 N 102nd St, Omaha, NE 68134-1051 |
| 15602473 | + | Robert Kline, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15602476 | + | Towd Point Mortgage Trust 2018-2, U.S. Bank National Association as Indent, Mellon Independence Center 701 Market St, Philadelphia, PA 19106-1538 |
| 15602477 | + | William Molczan, Weltman Weinberg, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 309A | Total Noticed: 58 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: kebeck@bernsteinlaw.com | May 27 2023 00:45:07 | Keri P. Ebeck, Bernstein-Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| aty | Email/Text: salene@mazurkraemer.com | May 27 2023 00:44:00 | Salene Mazur Kraemer, MAZURKRAEMER Business Law, 314 Old Farm Rd, Pittsburgh, PA 15228 |
| tr | + EDI: BEEBONONI.COM | May 27 2023 04:28:00 | Eric E. Bononi, 20 North Pennsylvania Avenue, Greensburg, PA 15601-2337 |
| smg | EDI: PENNDEPTREV | May 27 2023 04:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | May 27 2023 04:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 27 2023 00:45:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | May 27 2023 00:45:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 |
| cr | + Email/Text: jdryer@bernsteinlaw.com | May 27 2023 00:45:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15598013 | + Email/Text: bankruptcy@cavps.com | May 27 2023 00:46:00 | Cavalry Portfolio Service, 1 American Ln Ste. 220, Greenwich, CT 06831-2563 |
| 15598016 | + EDI: CITICORP.COM | May 27 2023 04:28:00 | Citibank (Costco), PO Box 78019, Phoenix, AZ 85062-8019 |
| 15598020 | + EDI: WFNNB.COM | May 27 2023 04:28:00 | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 15598021 | + EDI: CCS.COM | May 27 2023 04:28:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 15602441 | + Email/Text: jdryer@bernsteinlaw.com | May 27 2023 00:45:00 | Duquesne Light Company, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15598027 | + EDI: PHINHARRIS | May 27 2023 04:28:00 | Harris & Harris, 111 W Jackson Blvd, Chicago, IL 60604-4135 |
| 15602450 | EDI: IRS.COM | May 27 2023 04:28:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346,, Philadelphia, PA 19101-7346 |
| 15598033 | EDI: JEFFERSONCAP.COM | May 27 2023 04:28:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15602455 | Email/Text: kebeck@bernsteinlaw.com | May 27 2023 00:45:07 | Keri Ebeck, Bernstein Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| 15598035 | ^ MEBN | May 27 2023 00:36:23 | Labcorp, 531 South Spring Street, Burlington, NC 27215-5866 |
| 15598038 | + Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | Midland Credit, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 15598039 | + Email/Text: bankruptcydpt@mcmcg.com | May 27 2023 00:45:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15598046 | EDI: PRA.COM | | |

Case 23-20983-CMB    Doc 29    Filed 05/28/23    Entered 05/29/23 00:34:35    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 309A | Total Noticed: 58 |

| Recip ID | Bypass Reason | Notice Date/Time | Name and Address |
|---|---|---|---|
| | | May 27 2023 04:28:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15598049 | + EDI: RMSC.COM | May 27 2023 04:28:00 | Sams Club Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15602475 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 27 2023 00:46:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 24

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2018-2, U.S. Bank Nation |
| 15598010 | | ATV PHY. THERAPY |
| 15602425 | | ATV PHY. THERAPY |
| 15598011 | | Bank |
| 15602433 | | Citibank N.A. v. Neuschwander |
| 15598023 | | ERC |
| 15602442 | | ERC |
| 15598044 | | Pitts Parcheny Ct |
| 15602468 | | Pitts Parcheny Ct |
| 15602427 | *+ | Buckle Glass Mountain Capital, 1375 E Woodfield Rd Suite 400, Schaumburg, IL 60173-5426 |
| 15602428 | *+ | Cavalry Portfolio Service, 1 American Ln Ste. 220, Greenwich, CT 06831-2563 |
| 15602429 | *+ | Chester Co. Hospital (B&B Coll), 701 E Marshall St, West Chester, PA 19380-4412 |
| 15602430 | *+ | Chrysler Capital, 1601 Elm St #800, Dallas, TX 75201-7260 |
| 15602431 | *+ | Citibank (Costco), PO Box 78019, Phoenix, AZ 85062-8019 |
| 15602432 | *+ | Citibank Account, PO Box 78019, Phoenix, AZ 85062-8019 |
| 15602434 | *+ | City of Pitts - Collection Service Cente, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602435 | *+ | Coll Svc Center, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602436 | *+ | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 15602437 | *+ | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 15602440 | *+ | Dicks Port Recovery, P.O. Box 669808, Dallas, TX 75266-0752 |
| 15602445 | *+ | GP Ortho, 750 Washington Rd STE 1, Pittsburgh, PA 15228-2052 |
| 15602443 | *+ | Genesis Laboratory Management, LLC, 1912 Rt. 35 South, Suite 203, Oakhurst, NJ 07755-2768 |
| 15602444 | *+ | Giant Eagle, 101 Kappa Dr, Pittsburgh, PA 15238-2833 |
| 15602446 | *+ | Harris & Harris, 111 W Jackson Blvd, Chicago, IL 60604-4135 |
| 15602447 | *+ | Heritage Valley Health Systems, 420 Rouser Road Suite 102, Coraopolis, PA 15108-3090 |
| 15602448 | * | Home Depot, P.O. Box 6405, Dallas, TX 75265 |
| 15602449 | *+ | Huntington Bank (Sunrise Credit Service), Attn: EA1W18, P.O. Box 182387, Columbus, OH 43218-2387 |
| 15602451 | *+ | JC Penny (Midland Credit), P.O. Box 939069, San Diego, CA 92193-9069 |
| 15602454 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15602456 | *+ | Kohls Qualia Collection Services, 1444 North McDowell Blvd 94954-6515 |
| 15602457 | *+ | Labcorp, 531 South Spring Street, Burlington, NC 27215-5866 |
| 15602458 | *+ | Lowe's Synchrony Bank Account, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 15602459 | *+ | Macy's Dep. Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104-0432 |
| 15602460 | *+ | Midland Credit, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 15602461 | *+ | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15602463 | * | Nordstrom RGS Financial, Nordstrom RGS Financial, Richardson, TX 75085 |
| 15602466 | *+ | PINK - Victoria Secret, Comenity Bank PO Box 650972, Dallas, TX 75265-0972 |
| 15602469 | * | PNC Credit Collection Service, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 15602470 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15602464 | *+ | Pay Pal Credit Syn Bank, 170 Election Road, Suite 125,, Draper, UT 84020-6425 |
| 15602465 | *+ | Pharmerica, 491 Blue Eagle Ave,, Harrisburg, PA 17112-2314 |
| 15602471 | *+ | QAR Asset Recovery, 7 Foster Ave # 101, Gibbsboro, NJ 08026-1191 |
| 15602472 | *+ | REVCO, 5807 N 102nd St, Omaha, NE 68134-1051 |
| 15602474 | *+ | Sams Club Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15602467 | ##+ | pioneer recovery services, P.O 500, Horseheads, NY 14845-0500 |

TOTAL: 9 Undeliverable, 35 Duplicate, 1 Out of date forwarding address

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: May 26, 2023 | Form ID: 309A | Total Noticed: 58 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2023            Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Salene Mazur Kraemer | on behalf of Debtor Benjamin Allen Neuschwander salene@mazurkraemer.com salene@ecf.courtdrive.com;kraemer.saleneb115974@notify.bestcase.com;becca@mazurkraemer.com;reneemarie@mazurkraemer.com |

TOTAL: 5