Form RSC

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 23−20983−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Benjamin Allen Neuschwander
   538 Jackson Blvd
   Freedom, PA 15042

Social Security No.:
   xxx−xx−6687

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Salene Mazur Kraemer
MAZURKRAEMER Business Law
314 Old Farm Rd
Pittsburgh, PA 15228
Telephone number:  206−206−3843

NAME/ADDRESS OF TRUSTEE
Eric E. Bononi
20 North Pennsylvania Avenue
Greensburg, PA 15601
Telephone number:  724−832−2499

DATE/TIME/LOCATION OF MEETING OF CREDITORS
August 4, 2023
09:00 AM
341 Meeting will be conducted by phone, please consult
the docket or, case trustee for call information.

**FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN AN ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED.**

Dated: 7/5/23

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Benjamin Allen Neuschwander  
    Debtor

Case No. 23-20983-CMB  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 05, 2023 | Form ID: rsc | Total Noticed: 53 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin Allen Neuschwander, 538 Jackson Blvd, Freedom, PA 15042-2873 |
| 15602426 | + | Brian Nicholas, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15598012 | + | Buckle Glass Mountain Capital, 1375 E Woodfield Rd Suite 400, Schaumburg, IL 60173-5426 |
| 15598014 | + | Chester Co. Hospital (B&B Coll), 701 E Marshall St, West Chester, PA 19380-4412 |
| 15598015 | + | Chrysler Capital, 1601 Elm St #800, Dallas, TX 75201-7260 |
| 15598017 | + | Citibank Account, PO Box 78019, Phoenix, AZ 85062-8019 |
| 15598018 | + | City of Pitts - Collection Service Cente, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15598019 | + | Coll Svc Center, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602438 | + | Cynthia Neuschwander, 538 Jackson Blvd, Freedom, PA 15042-2873 |
| 15602439 | + | Dan Santucci, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |
| 15598022 | + | Dicks Port Recovery, P.O. Box 669808, Dallas, TX 75266-0752 |
| 15598026 | + | GP Ortho, 750 Washington Rd STE 1, Pittsburgh, PA 15228-2052 |
| 15598024 | + | Genesis Laboratory Management, LLC, 1912 Rt. 35 South, Suite 203, Oakhurst, NJ 07755-2768 |
| 15598025 | + | Giant Eagle, 101 Kappa Dr, Pittsburgh, PA 15238-2833 |
| 15598028 | + | Heritage Valley Health Systems, 420 Rouser Road Suite 102, Coraopolis, PA 15108-3090 |
| 15598029 | | Home Depot, P.O. Box 6405, Dallas, TX 75265 |
| 15598030 | + | Huntington Bank (Sunrise Credit Service), Attn: EA1W18, P.O. Box 182387, Columbus, OH 43218-2387 |
| 15598032 | + | JC Penny (Midland Credit), P.O. Box 939069, San Diego, CA 92193-9069 |
| 15598031 | + | Janine Neuschwander, ex wife, 14 Bellview Dr., Mc Kees Rocks, PA 15136-1108 |
| 15602452 | + | Jeannine Neuschwander Baurle, 14 Bellview Drive, Mc Kees Rocks, PA 15136-1108 |
| 15602453 | + | Jeannine Neuschwander Baurle, ex wife, 14 Bellview Dr., Mc Kees Rocks, PA 15136-1108 |
| 15598034 | + | Kohls Qualia Collection Services, 1444 North McDowell Blvd 94954-6515 |
| 15598036 | + | Lowe's Synchrony Bank Account, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 15598037 | + | Macy's Dep. Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104-0432 |
| 15602462 | + | Montour School District, c/o Laura McCurdy, 445 Fort Pitt Blvd, Suite 503, Pittsburgh, PA 15219-1308 |
| 15598040 | | Nordstrom RGS Financial, Nordstrom RGS Financial, Richardson, TX 75085 |
| 15598043 | + | PINK - Victoria Secret, Comenity Bank PO Box 650972, Dallas, TX 75265-0972 |
| 15598045 | | PNC Credit Collection Service, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 15598041 | + | Pay Pal Credit Syn Bank, 170 Election Road, Suite 125,, Draper, UT 84020-6425 |
| 15598042 | + | Pharmerica, 491 Blue Eagle Ave,, Harrisburg, PA 17112-2314 |
| 15598047 | + | QAR Asset Recovery, 7 Foster Ave # 101, Gibbsboro, NJ 08026-1191 |
| 15598048 | + | REVCO, 5807 N 102nd St, Omaha, NE 68134-1051 |
| 15602473 | + | Robert Kline, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15602476 | + | Towd Point Mortgage Trust 2018-2, U.S. Bank National Association as Indent, Mellon Independence Center 701 Market St, Philadelphia, PA 19106-1538 |
| 15602477 | + | William Molczan, Weltman Weinberg, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 05, 2023 | Form ID: rsc | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 06 2023 12:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 06 2023 12:05:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Jul 06 2023 12:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15598013 | + | Email/Text: bankruptcy@cavps.com | Jul 06 2023 12:05:00 | Cavalry Portfolio Service, 1 American Ln Ste. 220, Greenwich, CT 06831-2563 |
| 15598016 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 06 2023 12:14:22 | Citibank (Costco), PO Box 78019, Phoenix, AZ 85062-8019 |
| 15598020 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 06 2023 12:05:00 | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 15598021 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 06 2023 12:05:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2609 |
| 15602441 | + | Email/Text: jdryer@bernsteinlaw.com | Jul 06 2023 12:05:00 | Duquesne Light Company, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15598027 | + | Email/Text: Harris@ebn.phinsolutions.com | Jul 06 2023 12:05:00 | Harris & Harris, 111 W Jackson Blvd, Chicago, IL 60604-4135 |
| 15602450 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 06 2023 12:05:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346,, Philadelphia, PA 19101-7346 |
| 15598033 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 06 2023 12:05:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15602455 | | Email/Text: kebeck@bernsteinlaw.com | Jul 06 2023 12:05:00 | Keri Ebeck, Bernstein Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| 15598035 | ^ | MEBN | Jul 06 2023 12:04:57 | Labcorp, 531 South Spring Street, Burlington, NC 27215-5866 |
| 15598038 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2023 12:05:00 | Midland Credit, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 15598039 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 06 2023 12:05:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15598046 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 06 2023 12:14:22 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15598049 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 06 2023 12:14:26 | Sams Club Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15602475 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jul 06 2023 12:05:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2018-2, U.S. Bank Nation |
| 15598010 | | ATV PHY. THERAPY |
| 15602425 | | ATV PHY. THERAPY |
| 15598011 | | Bank |
| 15602433 | | Citibank N.A. v. Neuschwander |
| 15598023 | | ERC |

Case 23-20983-CMB   Doc 42   Filed 07/07/23   Entered 07/08/23 00:30:01   Desc Imaged
Certificate of Notice   Page 4 of 5

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 4 |
| Date Rcvd: Jul 05, 2023 | Form ID: rsc | Total Noticed: 53 |

| | | |
|---|---|---|
| 15602442 | | ERC |
| 15598044 | | Pitts Parcheny Ct |
| 15602468 | | Pitts Parcheny Ct |
| 15602427 | *+ | Buckle Glass Mountain Capital, 1375 E Woodfield Rd Suite 400, Schaumburg, IL 60173-5426 |
| 15602428 | *+ | Cavalry Portfolio Service, 1 American Ln Ste. 220, Greenwich, CT 06831-2563 |
| 15602429 | *+ | Chester Co. Hospital (B&B Coll), 701 E Marshall St, West Chester, PA 19380-4412 |
| 15602430 | *+ | Chrysler Capital, 1601 Elm St #800, Dallas, TX 75201-7260 |
| 15602431 | *+ | Citibank (Costco), PO Box 78019, Phoenix, AZ 85062-8019 |
| 15602432 | *+ | Citibank Account, PO Box 78019, Phoenix, AZ 85062-8019 |
| 15602434 | *+ | City of Pitts - Collection Service Cente, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602435 | *+ | Coll Svc Center, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602436 | *+ | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 15602437 | *+ | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2609 |
| 15602440 | *+ | Dicks Port Recovery, P.O. Box 669808, Dallas, TX 75266-0752 |
| 15602445 | *+ | GP Ortho, 750 Washington Rd STE 1, Pittsburgh, PA 15228-2052 |
| 15602443 | *+ | Genesis Laboratory Management, LLC, 1912 Rt. 35 South, Suite 203, Oakhurst, NJ 07755-2768 |
| 15602444 | *+ | Giant Eagle, 101 Kappa Dr, Pittsburgh, PA 15238-2833 |
| 15602446 | *+ | Harris & Harris, 111 W Jackson Blvd, Chicago, IL 60604-4135 |
| 15602447 | *+ | Heritage Valley Health Systems, 420 Rouser Road Suite 102, Coraopolis, PA 15108-3090 |
| 15602448 | * | Home Depot, P.O. Box 6405, Dallas, TX 75265 |
| 15602449 | *+ | Huntington Bank (Sunrise Credit Service), Attn: EA1W18, P.O. Box 182387, Columbus, OH 43218-2387 |
| 15602451 | *+ | JC Penny (Midland Credit), P.O. Box 939069, San Diego, CA 92193-9069 |
| 15602454 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15602456 | *+ | Kohls Qualia Collection Services, 1444 North McDowell Blvd 94954-6515 |
| 15602457 | *+ | Labcorp, 531 South Spring Street, Burlington, NC 27215-5866 |
| 15602458 | *+ | Lowe's Synchrony Bank Account, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 15602459 | *+ | Macy's Dep. Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104-0432 |
| 15602460 | *+ | Midland Credit, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 15602461 | *+ | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15602463 | * | Nordstrom RGS Financial, Nordstrom RGS Financial, Richardson, TX 75085 |
| 15602466 | *+ | PINK - Victoria Secret, Comenity Bank PO Box 650972, Dallas, TX 75265-0972 |
| 15602469 | * | PNC Credit Collection Service, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 15602470 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15602464 | *+ | Pay Pal Credit Syn Bank, 170 Election Road, Suite 125,, Draper, UT 84020-6425 |
| 15602465 | *+ | Pharmerica, 491 Blue Eagle Ave,, Harrisburg, PA 17112-2314 |
| 15602471 | *+ | QAR Asset Recovery, 7 Foster Ave # 101, Gibbsboro, NJ 08026-1191 |
| 15602472 | *+ | REVCO, 5807 N 102nd St, Omaha, NE 68134-1051 |
| 15602474 | *+ | Sams Club Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15602467 | ##+ | pioneer recovery services, P.O 500, Horseheads, NY 14845-0500 |

TOTAL: 9 Undeliverable, 35 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 07, 2023                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2023 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 05, 2023 | Form ID: rsc | Total Noticed: 53 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Salene Mazur Kraemer | on behalf of Debtor Benjamin Allen Neuschwander salene@mazurkraemer.com salene@ecf.courtdrive.com;kraemer.saleneb115974@notify.bestcase.com;becca@mazurkraemer.com;reneemarie@mazurkraemer.com |

TOTAL: 5