IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Benjamin Allen Neuschwander | : | Bankruptcy No. 2:23-bk-20983 |
| Debtor | : | |
| | : | Chapter 7 |
| Movant | : | |
| | : | Related to Document No. |
| v. | : | |
| | : | |
| Respondent (if none, then "No Respondent") | : | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____  Voluntary Petition - *Specify reason for amendment*:

_____  Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____  Summary of Schedules
_____  Schedule A - Real Property
_____  Schedule B - Personal Property
_____  Schedule C - Property Claimed as Exempt
_____  Schedule D - Creditors holding Secured Claims
    Check one:
        _____  Creditor(s) added
        _____  NO Creditor(s) added
        _____  Creditor(s) deleted
_____  Schedule E - Creditors Holding Unsecured Priority Claims
    Check one:
        _____  Creditor(s) added
        _____  NO Creditor(s) added
        _____  Creditor(s) deleted
_____  Schedule F - Creditors Holding Unsecured Nonpriority Claims
    Check one:
        _____  Creditor(s) added
        _____  NO Creditor(s) added
        _____  Creditor(s) deleted
_____  Schedule G - Executory Contracts and Unexpired Leases
    Check one:
        _____  Creditor(s) added
        _____  NO Creditor(s) added
        _____  Creditor(s) deleted
_____  Schedule H - Codebtors
_____  Schedule I - Current Income of Individual Debtor(s)
_____  Schedule J - Current Expenditures of Individual Debtor(s)
_____  Statement of Financial Affairs
_____  Chapter 7 Individual Debtor's Statement of Intention
_____  Chapter 11 List of Equity Security Holders
_____  Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____  Disclosure of Compensation of Attorney for Debtor

____ Other: _____

| Date | August 31, 2023 | /s/ Salene Kraemer |
| | | Attorney for Debtor(s) [or *pro se* Debtor(s)] |
| | | Salene Kraemer 86422 |
| | | (Typed Name) |
| | | 314 Old Farm Rd |
| | | Pittsburgh, PA 15228 |
| | | (Address) |
| | | (412) 427-7075 |
| | | (Phone No.) |
| | | 86422 PA |
| | | List Bar I.D. and State of Admission |

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In Re: Benjamin Allen Neuschwander : Bankruptcy No. 2:23-bk-20983
:
Debtor :
: Chapter 7
Movant :
: Related to Document No.
v. :
:
:
Respondent (if none, then "No Respondent") :

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

_____ Voluntary Petition - *Specify reason for amendment*:

_____ Official Form 6 Schedules (Itemization of Changes Must Be Specified)
_____ Summary of Schedules
__x__ Schedule A - Real Property     amount updated
__x__ Schedule B - Personal Property    amount updated
__x__ Schedule C - Property Claimed as Exempt     amount updated
__x__ Schedule D - Creditors holding Secured Claims
         Check one:
            _____ Creditor(s) added
            __x__ NO Creditor(s) added    creditor information changed
            _____ Creditor(s) deleted
__x__ Schedule E - Creditors Holding Unsecured Priority Claims
         Check one:
            _____ Creditor(s) added
            __x__ NO Creditor(s) added    creditor information changed
            _____ Creditor(s) deleted
__x__ Schedule F - Creditors Holding Unsecured Nonpriority Claims
         Check one:
            _____ Creditor(s) added
            __x__ NO Creditor(s) added    creditor information changed
            _____ Creditor(s) deleted
__x__ Schedule G - Executory Contracts and Unexpired Leases
         Check one:
            _____ Creditor(s) added
            __x__ NO Creditor(s) added    creditor information changed
            _____ Creditor(s) deleted
__x__ Schedule H - Codebtors    debtor information changed
__x__ Schedule I - Current Income of Individual Debtor(s) amount changed
__x__ Schedule J - Current Expenditures of Individual Debtor(s) amount changed
_____ Statement of Financial Affairs
_____ Chapter 7 Individual Debtor's Statement of Intention
_____ Chapter 11 List of Equity Security Holders
_____ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
_____ Disclosure of Compensation of Attorney for Debtor

_____ Other: _____

Date  August 31, 2023

_____
Attorney for Debtor(s) [or *pro se* Debtor(s)]

Salene Kraemer 86422
(Typed Name)

314 Old Farm Rd
Pittsburgh, PA 15228
(Address)

(412) 427-7075
(Phone No.)

86422 PA
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.