| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Benjamin Allen Neuschwander**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6687<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 23–20983–CMB | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Benjamin Allen Neuschwander

11/6/23

**By the court:** <u>Carlota M Bohm</u>
United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 23-20983-CMB

Benjamin Allen Neuschwander     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Nov 06, 2023     Form ID: 318     Total Noticed: 53

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Benjamin Allen Neuschwander, 538 Jackson Blvd, Freedom, PA 15042-2873 |
| 15602426 | + | Brian Nicholas, Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15598012 | + | Buckle Glass Mountain Capital, 1375 E Woodfield Rd Suite 400, Schaumburg, IL 60173-5426 |
| 15598014 | + | Chester Co. Hospital (B&B Coll), 701 E Marshall St, West Chester, PA 19380-4412 |
| 15598015 | + | Chrysler Capital, 1601 Elm St #800, Dallas, TX 75201-7260 |
| 15598017 | + | Citibank Account, PO Box 78019, Phoenix, AZ 85062-8019 |
| 15598018 | + | City of Pitts - Collection Service Cente, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15598019 | + | Coll Svc Center, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602438 | + | Cynthia Neuschwander, 538 Jackson Blvd, Freedom, PA 15042-2873 |
| 15602439 | + | Dan Santucci, 3220 Tillman Drive Suite 215, Bensalem, PA 19020-2028 |
| 15598022 | + | Dicks Port Recovery, P.O. Box 669808, Dallas, TX 75266-0752 |
| 15598026 | + | GP Ortho, 750 Washington Rd STE 1, Pittsburgh, PA 15228-2052 |
| 15598024 | + | Genesis Laboratory Management, LLC, 1912 Rt. 35 South, Suite 203, Oakhurst, NJ 07755-2754 |
| 15598025 | + | Giant Eagle, 101 Kappa Dr, Pittsburgh, PA 15238-2833 |
| 15598028 | + | Heritage Valley Health Systems, 420 Rouser Road Suite 102, Coraopolis, PA 15108-3090 |
| 15598029 | | Home Depot, P.O. Box 6405, Dallas, TX 75265 |
| 15598030 | + | Huntington Bank (Sunrise Credit Service), Attn: EA1W18, P.O. Box 182387, Columbus, OH 43218-2387 |
| 15598032 | + | JC Penny (Midland Credit), P.O. Box 939069, San Diego, CA 92193-9069 |
| 15598031 | + | Janine Neuschwander, ex wife, 14 Bellview Dr., Mc Kees Rocks, PA 15136-1108 |
| 15602452 | + | Jeannine Neuschwander Baurle, 14 Bellview Drive, Mc Kees Rocks, PA 15136-1108 |
| 15602453 | + | Jeannine Neuschwander Baurle, ex wife, 14 Bellview Dr., Mc Kees Rocks, PA 15136-1108 |
| 15598034 | + | Kohls Qualia Collection Services, 1444 North McDowell Blvd 94954-6515 |
| 15598036 | + | Lowe's Synchrony Bank Account, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 15598037 | + | Macy's Dep. Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104-0432 |
| 15602462 | + | Montour School District, c/o Laura McCurdy, 445 Fort Pitt Blvd, Suite 503, Pittsburgh, PA 15219-1308 |
| 15598040 | | Nordstrom RGS Financial, Nordstrom RGS Financial, Richardson, TX 75085 |
| 15598043 | + | PINK - Victoria Secret, Comenity Bank PO Box 650972, Dallas, TX 75265-0972 |
| 15598045 | | PNC Credit Collection Service, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 15598041 | + | Pay Pal Credit Syn Bank, 170 Election Road, Suite 125,, Draper, UT 84020-6425 |
| 15598042 | + | Pharmerica, 491 Blue Eagle Ave,, Harrisburg, PA 17112-2314 |
| 15598047 | + | QAR Asset Recovery, 7 Foster Ave # 101, Gibbsboro, NJ 08026-1191 |
| 15598048 | + | REVCO, 5807 N 102nd St, Omaha, NE 68134-1051 |
| 15602473 | + | Robert Kline, 425 Commerce Drive, Suite 150, Fort Washington, PA 19034-2727 |
| 15602476 | + | Towd Point Mortgage Trust 2018-2, U.S. Bank National Association as Indent, Mellon Independence Center 701 Market St, Philadelphia, PA 19106-1538 |
| 15602477 | + | William Molczan, Weltman Weinberg, 436 Seventh Avenue, Suite 2500, Pittsburgh, PA 15219-1842 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 23-20983-CMB    Doc 63    Filed 11/08/23    Entered 11/09/23 00:27:45    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 06, 2023 | Form ID: 318 | Total Noticed: 53 |

| | | | | |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Nov 07 2023 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2023 23:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Nov 07 2023 05:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 06 2023 23:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Nov 06 2023 23:59:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15602455 | | Email/Text: kebeck@bernsteinlaw.com | Nov 06 2023 23:59:00 | Keri Ebeck, Bernstein Burkley, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219 |
| 15598013 | + | Email/Text: bankruptcy@cavps.com | Nov 06 2023 23:59:00 | Cavalry Portfolio Service, 1 American Ln Ste. 220, Greenwich, CT 06831-2563 |
| 15598016 | + | EDI: CITICORP.COM | Nov 07 2023 05:03:00 | Citibank (Costco), PO Box 78019, Phoenix, AZ 85062-8019 |
| 15598020 | + | EDI: WFNNB.COM | Nov 07 2023 05:03:00 | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 15598021 | + | EDI: CCS.COM | Nov 07 2023 05:03:00 | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 15602441 | + | Email/Text: jdryer@bernsteinlaw.com | Nov 06 2023 23:59:00 | Duquesne Light Company, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15598027 | + | EDI: PHINHARRIS | Nov 07 2023 05:03:00 | Harris & Harris, 111 W Jackson Blvd, Chicago, IL 60604-4135 |
| 15602450 | | EDI: IRS.COM | Nov 07 2023 05:03:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346,, Philadelphia, PA 19101-7346 |
| 15598033 | | EDI: JEFFERSONCAP.COM | Nov 07 2023 05:03:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15598035 | ^ | MEBN | Nov 06 2023 23:58:25 | Labcorp, 531 South Spring Street, Burlington, NC 27215-5866 |
| 15598038 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2023 23:59:00 | Midland Credit, 16 McLeland Rd, Saint Cloud, MN 56303-2160 |
| 15598039 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 06 2023 23:59:00 | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15598046 | | EDI: PRA.COM | Nov 07 2023 05:03:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15598049 | + | EDI: RMSC.COM | Nov 07 2023 05:03:00 | Sams Club Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15602475 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 06 2023 23:59:00 | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| | | | |
|---|---|---|---|
| District/off: 0315-2 | | User: auto | Page 3 of 4 |
| Date Rcvd: Nov 06, 2023 | | Form ID: 318 | Total Noticed: 53 |

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Towd Point Mortgage Trust 2018-2, U.S. Bank Nation |
| 15598010 | | ATV PHY. THERAPY |
| 15602425 | | ATV PHY. THERAPY |
| 15598011 | | Bank |
| 15602433 | | Citibank N.A. v. Neuschwander |
| 15598023 | | ERC |
| 15602442 | | ERC |
| 15598044 | | Pitts Parcheny Ct |
| 15602468 | | Pitts Parcheny Ct |
| 15602427 | *+ | Buckle Glass Mountain Capital, 1375 E Woodfield Rd Suite 400, Schaumburg, IL 60173-5426 |
| 15602428 | *+ | Cavalry Portfolio Service, 1 American Ln Ste. 220, Greenwich, CT 06831-2563 |
| 15602429 | *+ | Chester Co. Hospital (B&B Coll), 701 E Marshall St, West Chester, PA 19380-4412 |
| 15602430 | *+ | Chrysler Capital, 1601 Elm St #800, Dallas, TX 75201-7260 |
| 15602431 | *+ | Citibank (Costco), PO Box 78019, Phoenix, AZ 85062-8019 |
| 15602432 | *+ | Citibank Account, PO Box 78019, Phoenix, AZ 85062-8019 |
| 15602434 | *+ | City of Pitts - Collection Service Cente, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602435 | *+ | Coll Svc Center, 414 Grant St, Pittsburgh, PA 15219-2409 |
| 15602436 | *+ | Comenity Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 15602437 | *+ | Credit Collection Service, 725 Canton Street, Norwood, MA 02062-2679 |
| 15602440 | *+ | Dicks Port Recovery, P.O. Box 669808, Dallas, TX 75266-0752 |
| 15602445 | *+ | GP Ortho, 750 Washington Rd STE 1, Pittsburgh, PA 15228-2052 |
| 15602443 | *+ | Genesis Laboratory Management, LLC, 1912 Rt. 35 South, Suite 203, Oakhurst, NJ 07755-2754 |
| 15602444 | *+ | Giant Eagle, 101 Kappa Dr, Pittsburgh, PA 15238-2833 |
| 15602446 | *+ | Harris & Harris, 111 W Jackson Blvd, Chicago, IL 60604-4135 |
| 15602447 | *+ | Heritage Valley Health Systems, 420 Rouser Road Suite 102, Coraopolis, PA 15108-3090 |
| 15602448 | * | Home Depot, P.O. Box 6405, Dallas, TX 75265 |
| 15602449 | *+ | Huntington Bank (Sunrise Credit Service), Attn: EA1W18, P.O. Box 182387, Columbus, OH 43218-2387 |
| 15602451 | *+ | JC Penny (Midland Credit), P.O. Box 939069, San Diego, CA 92193-9069 |
| 15602454 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, 16 McLeland Road, Saint Cloud, MN 56303 |
| 15602456 | *+ | Kohls Qualia Collection Services, 1444 North McDowell Blvd 94954-6515 |
| 15602457 | *+ | Labcorp, 531 South Spring Street, Burlington, NC 27215-5866 |
| 15602458 | *+ | Lowe's Synchrony Bank Account, 170 Election Road, Suite 125, Draper, UT 84020-6425 |
| 15602459 | *+ | Macy's Dep. Stores National Bank, 701 E 60th St. N, Sioux Falls, SD 57104-0432 |
| 15602460 | *+ | Midland Credit, 16 McLeland Rd, Saint Cloud, MN 56303-2160 |
| 15602461 | *+ | Midland Credit Management, P.O. Box 939069, San Diego, CA 92193-9069 |
| 15602463 | * | Nordstrom RGS Financial, Nordstrom RGS Financial, Richardson, TX 75085 |
| 15602466 | *+ | PINK - Victoria Secret, Comenity Bank PO Box 650972, Dallas, TX 75265-0972 |
| 15602469 | * | PNC Credit Collection Service, One PNC Plaza, 249 Fifth Avenue, Pittsburgh, PA 15222 |
| 15602470 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 15602464 | *+ | Pay Pal Credit Syn Bank, 170 Election Road, Suite 125,, Draper, UT 84020-6425 |
| 15602465 | *+ | Pharmerica, 491 Blue Eagle Ave,, Harrisburg, PA 17112-2314 |
| 15602471 | *+ | QAR Asset Recovery, 7 Foster Ave # 101, Gibbsboro, NJ 08026-1191 |
| 15602472 | *+ | REVCO, 5807 N 102nd St, Omaha, NE 68134-1051 |
| 15602474 | *+ | Sams Club Synchrony Bank, PO Box 530942, Atlanta, GA 30353-0942 |
| 15602467 | ##+ | pioneer recovery services, P.O 500, Horseheads, NY 14845-0500 |

TOTAL: 9 Undeliverable, 35 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2023  Signature:  /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Towd Point Mortgage Trust 2018-2  U.S. Bank National Association, as Indenture Trustee bnicholas@kmllawgroup.com |
| Eric E. Bononi | bankruptcy@bononilaw.com  pa69@ecfcbis.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Salene Mazur Kraemer | on behalf of Debtor Benjamin Allen Neuschwander salene@mazurkraemer.com salene@ecf.courtdrive.com;kraemer.saleneb115974@notify.bestcase.com;becca@mazurkraemer.com;reneemarie@mazurkraemer.com;glenn@mazurkraemer.com;sally@mazurkraemer.com |

TOTAL: 5